IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-10972
Summary Calendar
_____


BARRIER FREE LIFTS, INC.,

                                        Plaintiff-Appellant,

versus

BARRIER FREE LIFT SYSTEMS, INC.;
ACCESS LIFTS & MOBILITY SYSTEMS,
INC., formerly known as Barrier Free Lift
Systems, Inc., RONALD COSTA, Individually;
SARAH COSTA, Individually,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for
the Northern District of Texas

(D.C. No. 3:98-CV-2236)
_____
March 30, 2000

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

        We affirm the district court's judgment for the reasons it gave from the bench

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should
not be published and is not precedent except under the limited circumstances set
forth in 5TH CIR. R. 47.5.4.

at the April 22, 1999 summary judgment hearing.

**AFFIRMED.**